CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-02002**
**Internal Use Only**

Shepherd v. Davol Inc et al
Assigned to: Judge Kenneth M. Hoyt
Member cases:
4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767
Related Case Cases: 4:07-cv-02393
4:07-cv-02402
4:07-cv-02031
4:07-cv-02040
4:07-cv-02041
4:07-cv-02044

Date Filed: 06/15/2007
Date Terminated: 08/31/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MICHAEL N. MILBY, CLERK
BY DEPUTY

4:07-cv-02046
4:07-cv-02048
4:07-cv-02055

Cause: 28:1332 Diversity-Personal Injury

**Plaintiff**

| | | |
|---|---|---|
| **Kathy A Shepherd** | represented by | **David Willis Alexander**<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926<br>Fax: 281-538-6292<br>Email: dalexander@williamskherkher.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Davol Inc** | represented by | **D Mitchell McFarland**<br>Harrison Bettis et al<br>500 Dallas Street<br>Ste 2600<br>Houston, Tx 77002<br>713-843-7900<br>Fax: 713-843-7901<br>Email: mitch.mcfarland@harrisonbettis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **C R Bard Inc** | represented by | **D Mitchell McFarland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2007 | 1 | COMPLAINT against Davol Inc, C R Bard Inc (Filing fee $ 350) filed by Kathy A Shepherd.(rsmith, ) Additional attachment(s) added on 6/15/2007 (rsmith, ). (Entered: 06/15/2007) |
| 06/15/2007 | | Summons Issued as to Davol Inc, C R Bard Inc, filed.(rsmith, ) (Entered: 06/15/2007) |
| 06/15/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Telephone Conference set for |

| | | |
|---|---|---|
| | | 9/17/2007 at 03:15 PM by telephone before Judge Kenneth M. Hoyt. ( Signed by Judge Kenneth M. Hoyt ) Parties notified.(rsmith, ) (Entered: 06/15/2007) |
| 06/15/2007 | | Filing fee re: 1 Complaint : $350.00, receipt number 582511, filed. (agould, ) (Entered: 06/15/2007) |
| 06/28/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Shepherd, Kathy A., filed.(Alexander, David) (Entered: 06/28/2007) |
| 07/05/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol Inc served on 6/29/2007, answer due 7/19/2007, filed.(blacy, ) (Entered: 07/06/2007) |
| 07/05/2007 | 5 | RETURN of Service of SUMMONS Executed as to C R Bard Inc served on 7/2/2007, answer due 7/23/2007, filed.(blacy, ) (Entered: 07/06/2007) |
| 07/19/2007 | 6 | ANSWER to 1 Complaint with Jury Demand by all defendants, filed. (Attachments: # 1 Proposed Order)(McFarland, D) (Entered: 07/19/2007) |
| 07/30/2007 | 7 | CORPORATE DISCLOSURE STATEMENT by Defendants, filed. (McFarland, D) (Entered: 07/30/2007) |
| 08/03/2007 | 8 | Amended CORPORATE DISCLOSURE STATEMENT by Defendants, filed.(McFarland, D) (Entered: 08/03/2007) |
| 08/29/2007 | 9 | Unopposed MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by all defendants, filed. Motion Docket Date 9/18/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order Granting Stay)(McFarland, D) (Entered: 08/29/2007) |
| 08/31/2007 | 10 | ORDER granting 9 Motion to Stay Pending Transfer.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(ypippin, ) (Entered: 08/31/2007) |
| 08/31/2007 | | (Court only) ***Case Terminated. (ypippin, ) (Entered: 08/31/2007) |
| 09/06/2007 | 11 | JPML CONDITIONAL TRANSFER ORDER (1) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842.(kmurphy, ) (Entered: 09/06/2007) |
| 09/06/2007 | | Certified pdf copies of the complaint and docket sheet forwarded via email to the District of Rhode Island. (kmurphy, ) (Entered: 09/06/2007) |